UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-431-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ROY CHANNING MITCHELL ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 27, 2008. The United States was represented by Assistant United States Attorney Lisca Borichewski, and the defendant by Jeffrey Steinborn.

The defendant had bee n charged and convicted of Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. § 1952(a)(3)(A). On or about May 25, 2007, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of twelve (12) months, one (1) day in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participate in substance abuse and mental health programs, financial disclosure, and submit to search.

In a Petition for Warrant or Summons, dated September 19, 2008, U.S. Probation Officer Brian K. Facklam asserted the following violation by defendant of the conditions of his supervised release:

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

(1) Committing the crimes of driving under the influence (alcohol), and assault 4th degree on or about August 18, 2008, in violation of the general condition that he commit no more federal, state, or local crimes.

(2) Drinking alcohol on or about August 18, 2008, in violation of the special condition requiring that he abstain from the use of alcohol.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violations 1, as amended, and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on violation numbers 1 and 2 has been set before the Honorable Ricardo S. Martinez on November 14, 2008 at 10:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 27th day of October, 2008.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Ms. Lisca Borichewski
Defendant's attorney: Mr. Jeffrey Steinborn
Probation officer: Mr. Brian K. Facklam